UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

AMY RESNIK,

                Plaintiff,          21 **CIVIL** 4609 (JSR)

          -against-                 **JUDGMENT**

RITE AID OF NEW YORK, INC.;
RITE AID OF NEW YORK CITY,
INC.; WALGREEN EASTERN CO.,
INC.; CVS PHARMACY, INC.; DRI
I, INC.; DUANE READE, INC.;
JOHNSON & JOHNSON; JOHNSON &
JOHNSON CONSUMER COMPANIES,
INC.; and KOLMAR
LABORATORIES, INC.,

                Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 12, 2021, the Court grants plaintiff's motion to remand and denies plaintiff's motion for costs.

**Dated:** New York, New York
         July 12, 2021

                                                   **RUBY J. KRAJICK**
                                                      Clerk of Court
                                        **BY:**
                                                        **Deputy Clerk**